United States Bankruptcy Court

Middle District of Georgia

| | |
|---|---|
| IN RE:<br>Jeffrey Scott Hovermale<br>107 B Sweetwater Court<br>Leesburg, GA 31763-3903 | Chapter 13<br><br>Case No. 12-11885-JDW |

Transmittal of Unclaimed Funds

Now comes the Chapter 13 Trustee and transmits to William E. Tanner, Clerk of the United States Bankruptcy Court, the sum of $660.00 in unclaimed funds of Jeffrey Scott Hovermale and , debtor(s).

Last Known Address (Most recent listed left to right):


Jeffrey Scott Hovermale
107 B Sweetwater Court
Leesburg, GA 31763-3903


Dated: 2/21/2014                                        /s/ A. Kristin Hurst

                                                                                  A. Kristin Hurst. Trustee